1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  JILL M. THAYER, State Bar No. 166428
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone:  (415) 703-5954
     Fax:  (415) 703-1234
8    Email:  Jill.Thayer@doj.ca.gov

9  Attorneys for Respondent

11  IN THE UNITED STATES DISTRICT COURT

12  FOR THE NORTHERN DISTRICT OF CALIFORNIA

13  SAN FRANCISCO DIVISION

| | |
|---|---|
| **ANDREW S. AUSTIN,**<br><br>                              Petitioner,<br><br>    v.<br><br>**RICHARD SUBIA, Warden,**<br><br>                              Respondent. | C 07-5620 MHP (PR)<br><br>**ANSWER TO ORDER TO SHOW CAUSE** |

21      Respondent hereby provides this answer to the order to show cause why the petition

22  for writ of habeas corpus should not be granted:

24  **CUSTODY**

25      Petitioner is lawfully in the custody of Richard Subia, Warden of Mule Creek State Prison

26  in Ione, California, as the result of a conviction in Santa Clara County Superior Court case number

27  CC467605.  A jury found petitioner guilty of aggravated sexual assault of a child under 14 (Cal. Pen.

28  Code, § 269), continuous sexual abuse of a child under 14 (Cal. Pen. Code, § 288.5(a)), and child

1 molestation (Cal. Pen. Code, § 288(a)). The trial court sentenced petitioner to state prison for 27
2 years to life.

## GENERAL AND SPECIFIC DENIALS

Respondent denies that the state court's ruling was contrary to, or involved an unreasonable application of, clearly established federal law, as determined by the United States Supreme Court, or was based on an unreasonable determination of the facts in light of the evidence presented in the state court proceedings. Respondent specifically denies that petitioner was denied his right to due process for prosecutorial misconduct, his right to effective assistance of counsel for his attorney's failure to seek a mistrial after the alleged misconduct, his rights to confrontation and to present a defense because the trial court refused to allow cross-examination of M. about being touched by another child, or that his conviction for aggravated sexual assault was supported by insufficient evidence.

## PROCEDURAL ISSUES

Petitioner exhausted his claims in state court. His petition is timely..

## LODGED DOCUMENTS

Respondent has lodged concurrently with this answer the following exhibits: (1) the state court Clerk's Transcript; (2) the state court Reporter's Transcript; (3) Appellant's Opening Brief; (4) Respondent's Brief; (5) Appellant's Reply Brief; (6) the unpublished opinion of the California Court of Appeal, Sixth Appellate District, filed July 27, 2006; (7) Petition for Review; (8) Denial of Petition for Review. Respondent hereby incorporates by reference the accompanying memorandum of points and authorities in support of this answer.

## CONCLUSION

WHEREFORE, respondent respectfully submits that the petition for writ of habeas corpus should be denied.

Dated: May 22, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

PEGGY S. RUFFRA
Supervising Deputy Attorney General

/s/ Jill M. Thayer
JILL M. THAYER
Deputy Attorney General
Attorneys for Respondent

40251500.wpd
SF2008401163