EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
JILL M. THAYER, State Bar No. 166428
Deputy Attorney General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5954
  Fax:  (415) 703-1234
  Email:  Jill.Thayer@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ANDREW S. AUSTIN,**<br><br>                        Petitioner,<br><br>  v.<br><br>**RICHARD SUBIA, Warden,**<br><br>                        Respondent. | C 07-5620 MHP (PR)<br><br>**INDEX OF EXHIBITS LODGED IN SUPPORT OF ANSWER** |

| | | |
|---|---|---|
| Exhibit 1 | | State Court Clerk's Transcript (2 vols.) |
| Exhibit 2 | | State Court Reporter's Transcript (9 vols.) |
| Exhibit 3 | | Appellant's Opening Brief, No. H029250 |
| Exhibit 4 | | Respondent's Brief, No. H029250 |
| Exhibit 5 | | Appellant's Reply Brief, No. H029250 |
| Exhibit 6 | | Unpublished Opinion of the California Court of Appeal, Sixth Appellate District, No. H029250 |
| Exhibit 7 | | Petition for Review, No. S146217 |

Index of Exhibits                                                                   Austin v. Subia, Warden
                                                                                                                 C 07-5620 MHP (PR)

1

| | |
|---|---|
| Exhibit 8 | Denial of Petition for Review, No. S146217 |

Dated: May 22, 2008

                Respectfully submitted,

                EDMUND G. BROWN JR.
                Attorney General of the State of California

                DANE R. GILLETTE
                Chief Assistant Attorney General

                GERALD A. ENGLER
                Senior Assistant Attorney General

                PEGGY S. RUFFRA
                Supervising Deputy Attorney General

                /s/ Jill M. Thayer
                JILL M. THAYER
                Deputy Attorney General
                Attorneys for Respondent

40251531.wpd
SF2008401163