1  Andrew S. Austin V-94573
   Mule Creek State Prison
2  P.O. Box 409060, C-13-237
   Ione, CA 95640
3

FILED
08 JUN 25 PM 1:54
RICHARD W. WIEKING
CLERK, U.S DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW S. AUSTIN,<br>       Petitioner,<br><br>   v.<br><br>RICHARD SUBIA, Warden,<br>       Respondent.<br>_____/ | C 07-5620 MHP (PR)<br><br>EX PARTE APPLICATION FOR<br>ENLARGEMENT OF TIME. |

   Petitioner, Andrew S. Austin, hereby requests a 30 day enlargement of time within which to prepare and file an Response to Respondent's Answer To Order To Show Cause. Petitioner's Response is presently due on June 27, 2008. Petitioner requests an additional 30 days, up to and including July 28, 2008. This request is based upon Petitioner's attached declaration. Petitioner has not previously requested an enlargement of time.

Dated: JUNE 24, 2008          Respectfully Submitted,


                              /s/ Andrew S Austin
                              Andrew S. Austin, In Pro Se