```
Andrew S. Austin, V-94573
Mule Creek State Prison
P.O. Box 409060, C-13-237
Ione, CA 95640

In Pre Se
```

FILED
08 JUN 25 PM 1:54
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDREW S. AUSTIN,                C 07-5620 MHP (PR)
    Petitioner,
                                DECLARATION OF ANDREW S. AUSTIN
    v.

RICHARD SUBIA, Warden,
    Respondent.
_____/

    I, Andrew S. Austin, declare as follows:

    1.) I am the named petitioner in the above entitled case.

    2.) I am a state prisoner presently incarcerated at Mule Creek State Prison located in Ione, California.

    3.) I am unskilled in matters of law and have limited formal education. I am indigent and can not afford the cost of hiring the services of an attorney to represent me in this matter. For these reasons I was unable to prepare the Petition For Writ of Habeas Corpus which I have Filed in this Court so I sought and obtained the assistance of an inmate legal assistant by the name of Gaylin Burleson (P-78950) to assist me in this matter. It is Mr. Burleson who prepared the writ petition currently pending before this court and whom is in the process of

1.

1  preparing my Response to Respondent's Answer To Order To Show
2  Cause.
3      4.) Resently the Law Librarian at the facility where I
4  am housed was transferred to a different position leaving this
5  facility without a full time librarian. I am informed and believe
6  there are now only two Librarians to operate 5 satellite law
7  libraries at Mule Creek State Prison. This greatly decreases
8  the operating hours of the law library. Further, Mr. Burleson
9  works a full time job as a Teacher's Assistant in Vocational
10 Office Services at this facility. His days off are Saturdays
11 and Sundays. The Library is closed on Sundays and only open
12 half of the day on Saturdays. This library serves 1300 inmates,
13 half of whom work and can only have access to the library on
14 Saturdays. Inmates with less than 30 day court deadlines do
15 have priority however this does not encompass inmate legal
16 assistants because the active case is not filed in their name.
17 For these reasons Mr. Burleson's access to the law library has
18 been greatly reduced which in turn impairs his ability to
19 perform the legal research necessary to prepare a Response to
20 Respondent's Answere. A 30 day enlargement of time is necessary
21 in order that I might effectively represent myself with Mr.
22 Burleson's assistance.
23     I declare under penalty of perjury the foregoing is true
24 and correct. Executed at Mule Creek State Prison by:
25 Dated: JUNE 24, 2008
26                                    *Andrew S. Austin* (signature)
                                       Andrew S. Austin
27

2.

## DECLARATION OF SERVICE BY MAIL

Case Name: __AUSTIN V. SUBIA__   Case Number: __C 07-5620 MHP (PR)__

I, __ANDREW AUSTIN__, hereby certify that I am a citizen of the United States, over the age of 18 years, and am (not) a party to the within action. I am currently incarcerated at Mule Creek State Prison. My mailing address is P.O. Box 409060, Ione California, 95640-9060.

On __JUNE 24 2008__ served the following documents:
**DOCUMENTS SERVED:**

EX PARTE APPLICATION FOR ENLARGEMENT OF TIME

To the following parties:
**PARTIES SERVED:**

CALIFORNIA ATTORNEY GENERAL
455 GOLDEN GATE AVE. #11000
SAN FRANCISCO, CA. 94102

I enclosed a true copy of said document(s) in a sealed envelope addressed to each of the above persons or parties, and personally handed the envelope into the custody of the Correctional Officer in charge of outgoing legal mail, for delivery to the United States Postal Service, in accordance with established institutional mailing procedures.

I, __ANDREW AUSTIN__, hereby certify and declare under penalty of perjury the foregoing is true and correct. Executed on __JUNE 24, 2008__, at Ione CA, by:

*Andrew Austin*
, Declarant

AUSTIN, A V94573
NCSP C13-237L
PO BOX 409060
IONE, CA 95640

LEGAL
MAIL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVE.
SAN FRANCISCO, CA. 94102

SACRAMENTO CA 957
24 JUN 2008

02 1M 41 USA
0004214248
MAILED FROM ZIP CODE 95640
JUN 24 2008